# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Dallas DIVISION

HONORABLE **A. Joe Fish** PRESIDING  COURT REPORTER/TAPE: **Chryse Crawford**
DEPUTY CLERK **Hudson**  USPO **Kimble**
LAW CLERK _____  COURT TIME: **35 minutes**
INTERPRETER _____
A.M. _____  P.M. **2:25 - 3:00**  DATE: **2/1/05**

---

CR. No. **3:04-CR-321-6**  DEFT. No. **1**

UNITED STATES OF AMERICA § _____ **Saleem** AUSA
v. §
**Norman Potts** §  **Gary Warren - R** ☒
Defendant's Name   Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

☑ Sentencing held. ☑ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Change of plea hearing, deft withdraws plea of guilty.
☐ Pre Sentencing Guidelines
☑ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87). ☐ Departs Upward ☐ Departs Downward
☑ **SENTENCING TEXT:**
  ☐ Deft. placed on: Probation for _____ months/years.
  ☑ Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of **63** months/years.
  ☑ Deft. placed on: Supervised Released for **3** months/years.
  ☐ Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
  ☐ Counts _____ dismissed on government's motion.
  ☐ Order dismissing original Indictment/Information to be entered upon government's written motion.
  ☑ $**100** special assessment on Count(s) **1**
  of ☐ Indictment ☑ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ Trial set for: _____
☐ Defts bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10%
☐ Deft ordered to surrender to U.S. Marshal on **2/22/05 by 2:00pm**
☑ Deft ordered to surrender to the designated institution on _____
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ revoked
☐ Deft Advised of his right to appeal.
☐ Deft requests Clerk to enter notice of Appeal.
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody. ☑ Court recommends incarceration at **an institution where the deft can**
OTHER PROCEEDINGS: **receive appropriate counseling and treatment as a Sex Offender; also a facility that is sensitive to the deft's law enforcement background and that of his brothers who are employed by the BOP.**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
FEB - 1 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Copy to: Minute Order Book